# Commonwealth ex rel. McBurnette, Appellant, v. Myers.

Argued September 15, 1964. *Bernard L. Segal,* First Assistant Defender, with him *Vincent J. Ziccardi,* Assistant Defender and *Herman I. Pollock,* Defender, for appellant; *Gordon Gelfond,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.